IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERRI DELAIGLE, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:04-CV-0139-TWT |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, by and through undersigned counsel, and dismisses her claims against DELTA AIR LINES, INC.. A proposed Order is attached as Exhibit A.

Respectfully submitted the 5th day of August, 2004.

**BARRETT & FARAHANY, LLP**

_/s/ Amanda Farahany_
Amanda A. Farahany
Georgia Bar No. 646135
Attorney for Terri DeLaigle

1401 Peachtree Street
Suite 101
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 facsimile

**DELTA AIR LINES, INC.**

*[signature: Marguerite H Taylor]*
Marguerite H. Taylor
Georgia Bar No.
Attorney for Defendant

Delta Air Lines, Inc.
Law Dept. 981
P.O. Box 20574
Atlanta, GA  30320
(404) 715-2861
(404) 715-2233 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRI DELAIGLE,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>    Defendant.<br>_____ | )<br>)  Civil Action No.<br>)<br>)  1:04-CV-0139-TWT<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing VOLUNTARY DISMISSAL by causing a copy to be sent via United States mail to:

> Marguerite H. Taylor
> Delta Air Lines, Inc.
> Law Dept. 981
> P.O. Box 20574
> Atlanta, GA  30320

This  5th  day of August, 2004.

*Amanda Farahany* (signature)
Amanda A. Farahany
Georgia Bar No. 646135

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | | |
|---|---|---|
| TERRI DELAIGLE, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:04-CV-0139-TWT |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

Having duly considered the attached VOLUNTARY DISMISSAL and finding good cause therefore, the Court hereby ORDERS that this action against DELTA AIR LINES, INC. be dismissed without prejudice, and that each party bear its own cost and fees.

IT IS SO ORDERED, this ____ day of August, 2004.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE